IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV745-GCM

| | |
|---|---|
| CHAZZ J. ROBERTS, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| GLENN INDUSTRIAL GROUP, INC., GLENN UNDERWATER SERVICES, INC., and GLENN UNDERWATER SERVICES, LLC, | ) |
| Defendants. | ) |

This matter is before the Court upon remand from the Fourth Circuit. In light of the Fourth Circuit's opinion of May 21, 2021, the Court directs the parties to re-brief the summary judgment motion with regard to Plaintiff's same-sex sexual harassment claim. The briefing should address each element of the *prima facie* case. Defendants are directed to file their brief in support of their Motion for Summary Judgment no later than July 1, 2021, with a response from the Plaintiff due fourteen days thereafter. Defendants may file a reply brief within seven days of Plaintiff's response.

IT IS SO ORDERED.

Signed: June 16, 2021

Graham C. Mullen
United States District Judge