IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:17-cv-00745-GCM

| | |
|---|---|
| CHAZZ J. ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GLENN INDUSTRIAL GROUP, INC.; | ) |
| GLENN UNDERWATER SERVICES, INC.; and | ) |
| GLENN UNDERWATER SERVICES, LLC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Chazz

Z. Roberts and Defendant Glenn Industrial Group, Inc., Glenn Underwater Services, Inc. and

Glenn Underwater Services, LLC, through their respective counsel, stipulate that the above-

captioned action is dismissed in its entirety with prejudice, with each party to bear their own

costs.

This 20th day of May, 2022.

| | |
|---|---|
| /s/ Geraldine Sumter | /s/ Frederick M. Thurman, Jr. |
| Ferguson, Chambers & Sumter, P.A. | Shumaker, Loop and Kendrick, LLP |
| 309 E. Morehead Street, Suite 110 | 101 South Tryon Street |
| Charlotte, North Carolina 28202 | Suite 2200 |
| Telephone: 704.375.8461 | Charlotte, North Carolina 28280-0002 |
| Facsimile: 980.938.4867 | Telephone: 704.375.0057 |
| E-mail: gsumter@fergusonsumter.com | Telephone: 704.945-2154 (direct) |
| **Attorney for Plaintiff** | Facsimile: 704.332-1197 |
| | Email: fthurman@shumaker.com |
| | **Attorney for Defendant** |

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

> Frederick M. Thurman, Jr.
> Shumaker, Loop and Kendrick, LLP
> 101 South Tryon Street
> Suite 2200
> Charlotte, North Carolina 28280-0002
> Telephone: 704.375.0057
> Telephone: 704.945-2154 (direct)
> Facsimile: 704.332-1197
> Email: fthurman@slk-law.com

This 20th day of May, 2022.

> /s/ Geraldine Sumter
> N.C. Bar No. 11107
> Ferguson Chambers & Sumter, P.A.
> 309 East Morehead Street, Suite 110
> Charlotte, North Carolina 28202
> Telephone: (704) 375-8461
> Facsimile: (980) 938-4867
> E-mail: gsumter@fergusonsumter.com